IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Industrial Contract Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-25 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Hartford Fire Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Hartford Fire Insurance Company's Motion to Change Venue be granted (Doc. #13). Plaintiff has not filed objections to the recommendation within the requisite time period.

The Court has reviewed the Report and Recommendation, along with the entire file, and finds the Magistrate Judge's position is correct. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Defendant Hartford Fire Insurance Company's motion to change venue is **GRANTED** (Doc. #5). This action is hereby transferred to the United States District Court for the Northern District of Iowa.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2011.

                    */s/ Ralph R. Erickson*
                    Ralph R. Erickson, Chief Judge
                    United States District Court